IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| OLDCASTLE PRECAST, INC., : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | |
| : | No. 12-6270 |
| VPMC, LTD., et. al, : | |
| Defendants. : | |

**O R D E R**

**AND NOW,** this   4th   day of March, 2014, upon consideration of Defendants, Gambone Development Company and Ridgewood, Inc.'s ("Defendants"), "Motion for Leave to Amend Answer and Affirmative Defenses to Assert Counterclaims" (Doc. No. 34.) against Plaintiff, Oldcastle Precast, Inc. ("Oldcastle"), Oldcastle's Response, and Defendants' Reply, it is hereby **ORDERED** that said Motion is **DENIED**

BY THE COURT:


 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE